RECEIVED
IN ALEXANDRIA, LA.

JUL 31 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| KELLY RAY ESTHAY | CIVIL ACTION NO. 08-997 |
| | SECTION P |
| VS. | JUDGE TRIMBLE |
| TONY MANCUSO, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's petition for writ of habeas corpus be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of July, 2009..

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE